JULY 11, 2005

No. 05A7 (05–5044). LOVITT *v.* TRUE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending the disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of

certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.